**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEMELZA B.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security Administration,

Defendant.

Case No. 8:25-cv-02032-ODW-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. On August 6, 2026, Plaintiff filed Objections to the Report and Recommendation (the "Objections"). The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having conducted a *de novo* review, the Court is not persuaded to alter or modify the Report and Recommendation. Accordingly, the Court accepts and

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered AFFIRMING the decision of the Commissioner of the Social Security Administration.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 11, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE