**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEMELZA B.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security Administration,

Defendant.

Case No. 8:25-cv-02032-ODW-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

\\

\\

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

DATED: August 11, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE